AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| WATHANA INSIXIENGMAY | ) | |
| | ) | 1:22-mj-00153-REP |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____JUNE 7, 2022_____ in the county of _____ADA_____ in the
_____ District of _____IDAHO_____ , the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

See the attached affidavit of Drug Enforcement Administration Special Agent Aaron Ferguson, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Ferguson, Special Agent, DEA
_____
*Printed name and title*

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Special Assistant United States Attorney David J. Morse in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: _____06/08/2022_____

_____
*Judge's signature*

City and state: _____Boise, Idaho_____      Honorable Raymond E. Patricco, Chief U.S. Magistrate Judge
_____
*Printed name and title*

DISTRICT OF IDAHO,　　　　　ss:　　AFFIDAVIT OF AARON FERGUSON

STATE OF IDAHO　　　　　　　　Case No. 1:22-mj-00153-REP

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Aaron Ferguson, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND BACKGROUND

1.　　　　I am a Special Agent with the DEA and have been so employed since May of 2021. I am currently assigned to the DEA Boise District Office and have been so since May of 2021.

2.　　　　I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of, and make arrests for, offenses enumerated in 18 U.S.C. § 2516 to include the manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in narcotic drugs, marijuana, or other dangerous drugs punishable under United States Law.

3.　　　　In the academy for the DEA, I was taught many techniques that Drug Trafficking Organizations (DTO) use to facilitate their operations. One of those many ways is their communication through cellular devices, and mobile distribution. These methods make it difficult for law enforcement agencies to detect violations of law related to controlled substances.

4.　　　　Before employment with the DEA, I was a State Trooper with the Missouri State Highway Patrol (MSHP). I began employment with MSHP in January of 2016 and resigned to join the DEA in May of 2021. During my time as a Trooper, I was a top performer in the state for controlled substance enforcement for three consecutive years, with over 700 drug arrests in those three years. Some of those investigations included multiple investigative techniques such as surveillance, knock and talks, cultivating informants, traffic stops, interviews, controlled purchases, manhunts, search warrants, and Special Weapons and Tactics (SWAT) operations. The focus of those investigations was primarily methamphetamine traffickers in the Kansas City, Missouri area. Those investigations led to seizures of controlled substances, illicit proceeds, and illegally possessed firearms, which consequently led to many federal indictments.

1

5.      I attended the MSHP Law Enforcement Academy for 25 weeks in 2016 where I was taught the basics in drug recognition, investigations, and enforcement. In 2018 I attended and successfully completed the Basic Narcotics Officer Training for 2 weeks, and Criminal Patrolling from the MSHP. Because of my training and experience, I was selected to join multiple High Intensity Drug Trafficking Area (HIDTA) Interdiction enforcement task groups and conducted several investigations with MSHP Division of Drug and Crime Control. When working with the HIDTA Interdiction Unit, I seized methamphetamine, bulk marijuana, heroin, and bulk currency.  My extensive and intensive training in controlled substance investigations and enforcement have helped safeguard the communities in which I serve and effectively dismantled multiple DTOs.

6.      Based on my training and experience, my own investigation of this matter, and information that I have learned from other law enforcement officers and databases, I submit that on or about June 7, 2022 Wathana Insixiengmay a.k.a. Noy committed violations of the following federal laws, as set forth below. Specifically, I submit there is probable cause for the following violations: Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1).

7.      I am submitting this Affidavit for the limited purpose of filing a criminal complaint in support of an arrest warrant for Wathana Insixiengmay. I did not include all the relevant facts known to me or other members of law enforcement regarding this investigation.  I set forth in this Affidavit only those facts necessary to support probable cause for the submission of the criminal complaint and issuance of the requested arrest warrant.

8.      In this Affidavit, my assertions are based on my experience and training as a Special Agent for the Drug Enforcement Administration, my direct participation in this investigation as set forth herein, and conversations with other law enforcement officers who are familiar with the facts and circumstances of this investigation.

## **APPLICABLE LAW**

9.      Title 21, Section 841(a)(1), proscribes the distribution of controlled substances and the possession with intent to distribute controlled substances.

2

## INVESTIGATION

10.      In late 2021, Investigators with the DEA began investigating a drug trafficking organization (DTO) being operated by an inmate in federal prison. Through a series of interviews investigators identified the leader of this organization and began an investigation into the DTO. During the course of this investigation, a Title III wire and electronic intercept was authorized and initiated on a contraband cell phone in a federal prison. Communications between the target facility and Wathana Insixiengmay a.k.a Noy were intercepted.

11.      On May 27, 2022, Investigators intercepted the following text message exchange between the user of the target facility (hereinafter referred to as "PALOMERA") using (231-408-9249) and Noy (208-559-1136):

    a.   PALOMERA to NOY SMS Text: Honey by tomorrow Night how much money you can get

    b.   NOY to PALOMERA SMS Text: Let me check when I get home kk

    c.   NOY to PALOMERA SMS Text: I'm working hard tonight

    d.   PALOMERA to NOY SMS Text: Ok

    e.   NOY to PALOMERA SMS Text: 21

    f.   NOY to PALOMERA SMS Text: And 5 in the bank

    g.   NOY to PALOMERA SMS Text: I'm gettin at lease 5-6 tonight

    h.   NOY to PALOMERA SMS Text: So hopefully 30-32

    i.   PALOMERA to NOY SMS Text: So i tink im goin to wait ti send my friend to pick Up money then love

    j.   PALOMERA to NOY SMS Text: Cause i dont know how much ty have

    k.   NOY to PALOMERA SMS Text: Ok how much you need?? I can get more I just gotta get on my grind

    l.   PALOMERA to NOY SMS Text: 56

    m.  NOY to PALOMERA SMS Text: I'll see what I can do

     n.   PALOMERA to NOY SMS Text: Cause im geting work cause they goin to stop for at list two months cause they goin to try ti get the prices go Up again so everibody is goin to stop but dont worry we not goin to ok

     o.   NOY to PALOMERA SMS Text: Ok

     p.   NOY to PALOMERA SMS Text: Goodnight imma get 56 for you

12.     Investigators believe that this text conversation between Noy and PALOMERA was about the collection of drug proceeds. When the two discussed 'numbers," investigators believe they were referencing currency in the thousands. For example, when Noy said to PALOMERA "21," investigators believe that she meant she had $21,000 ready for pick up by the PALOMERA DTO. PALOMERA then later told Noy that the other DTOs were going to limit the supply of controlled substances in the area to drive up prices and generate a higher profit margin for the DTO.

13.     On May 28, 2022, investigators intercepted the following text message exchange between PALOMERA (231-408-9249) and Noy (208-559-1136):

     a.   NOY to PALOMERA SMS Text: I got 30 now waiting for more

     b.   PALOMERA to NOY SMS Text: How much you tink you are goin to have

     c.   NOY to PALOMERA SMS Text: Idk

     d.   NOY to PALOMERA SMS Text: 4-5 more

     e.   PALOMERA to NOY SMS Text: O cause you say you goin to have 56

     f.   NOY to PALOMERA SMS Text: No I said I'm going to try!!

     g.   NOY to PALOMERA SMS Text: Try try

     h.   NOY to PALOMERA SMS Text: Dude I have more than Tyler and Eric

     i.   NOY to PALOMERA SMS Text: I'm probably gonna have 30-32 that's it..... Erick and tyler got the rest?

     j.   PALOMERA to NOY SMS Text: And since you have 6 bricks. That hoy dont like i was tinking on giving two for free so you can sell those and make more money for you if hoy whant

k.   NOY to PALOMERA SMS Text: No you don't have to do that!! I want to pay you

14.     Investigators believe that this text conversation between Noy and PALOMERA was about the collection of money. When the two discussed "numbers," investigators believe they were referencing currency in the thousands. For reference when Noy said "30 to PALOMERA, investigators believe that she meant she has $30,000 ready for pick up by the PALOMERA DTO. PALOMERA then reminds Noy that he had given her at least 6 bricks (approximately one kilo per brick) of suspected fentanyl, and that she (Noy) only had to pay him (PALOMERA) for 4 bricks. Based on this information, investigators believed that Noy was in possession of a large quantity of Fentanyl, and a large amount of drug proceeds.

15.     Investigators were able to identify where Noy was renting an Air B&B. The address was 1005 W. Targee St. in Boise, Idaho.  This address was listed in the Ada County Jail Visitors Registration section for Noy. Investigators drove to the address and identified Noy at that location. Based on the totality of the information, investigators drafted a search warrant for the residence.

16.     On June 6, 2022, The Chief Magistrate Judge for the District of Idaho, Raymond E. Patricco, signed a search warrant authorizing the seizure of Noy's cell phone and the search of her residence located at 1005 W. Targee St., Boise, Idaho.

17.     On June 7, 2022, Investigators conducted a search of the residence and found approximately three "bricks" (each "brick" is typically one kilogram) of fentanyl powder, approximately 25,000 to 50,000 fentanyl pills, and approximately $20,000 in U.S. currency within the residence. After the search and seizure of the controlled substances and drug proceeds, Noy was transported to the Boise Police Department where she was interviewed by investigators.

18.     During a post arrest interview, Noy said that investigators likely found approximately 25,000 counterfeit pills containing fentanyl, a "brick" of fentanyl powder, approximately two ounces of methamphetamine, and approximately $20,000 of US Currency. Noy stated that her supplier was a man she knew as Jay. After she provided the name of her supplier statement Noy requested to speak to an attorney, and the interview was discontinued.

19.     The DEA will be sending the controlled substances to the Western Laboratory for quantitative/qualitative analysis, and safekeeping.

## CONCLUSION

20.     Based on the foregoing, I submit that probable cause exists to believe that Wathana Insixiengmay a.k.a Noy, with a date of birth of September 13, 1998, committed the offenses of Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
AARON W. FERGUSON
DEA SPECIAL AGENT

Signed electronically and sworn to before me telephonically on this 8th day in June, 2022.

_____
THE HONORABLE RAYMOND E. PATRICCO
Chief United States Magistrate Judge