IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-CR-00127-BLW |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION |
| | ) | FOR EMERGENCY FURLOUGH |
| vs. | ) | |
| | ) | |
| WATHANA INSIXIENGMAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is Defendant's Emergency Motion for Furlough, pursuant to 18 U.S.C. § 3142(i). (Dkt No. 47). Therein, the Defendant requests immediate release – at 1 p.m. today – from pretrial detention[1] at Ada County Jail to travel to and attend her father's memorial services on Friday and Saturday in Long Beach, California. She requests to remain temporarily released until Sunday, February 26, 2023, when she would return to Ada County Jail. The Government opposes the Motion. For the reasons set forth below, the Defendant's Motion is DENIED.

---

[1] On July 6, 2022, this Court conducted a detention hearing and ordered the Defendant detained pending trial.

Order - 1

While the Court is sympathetic to the Defendant's loss, given the timing and circumstances of her Motion, she has not demonstrated a "compelling reason" for temporary release. *Id.* At the outset, the Court notes that the Defendant's father apparently passed on February 18, 2023. Yet, the Defendant did not notify counsel until yesterday and counsel did not file the instant Motion until this morning. Yet, the Defendant requested release today at 1 p.m. so that she could board a pre-arranged 3:10 p.m. flight to California. Simply put, the Defendant should have notified her counsel and the Court sooner if she wanted the Court to meaningfully consider her motion before her self-imposed 1:00 p.m. deadline for release.

No matter, even with additional time, the Court would not have found a compelling reason for her release. *Id.* The Defendant is scheduled to appear *this Monday*, February 27, 2023, before the District Court for a sentencing hearing. Previously, on October 24, 2022, the Defendant pleaded guilty to one count of possession with the intent to distribute fentanyl and methamphetamine. She faces a mandatory minimum of 120 months in prison (if the safety valve does not operate) and an advisory guidelines sentence of between 151 and 188 months in prison. This provides her with a significant incentive to flee.

Moreover, the Defendant has a significant criminal history. Her multiple

felony convictions involve possession of controlled substances, suggesting a strong drug addiction. Critically, her criminal history includes approximately 11 parole or probation violations/revocations and 5 instances of absconding from supervision. Given the emotional circumstance of her father's passing, there is a likelihood that, if released, the Defendant would relapse, use drugs, and like she has done every time she has been released on probation or parole, abscond. Simply put, there are no conditions the Court can impose that would reasonably assure the Defendant's appearance at her sentencing hearing or her safety or the safety of the community. *Id*. Accordingly, her request for release is denied. However, the Defendant is not without some relief and opportunity to participate in her father's memorial services.

IT IS FURTHER ORDERED that the United States Marshals Service (USMS) in consultation with the Ada County Jail arrange for Defendant to attend the memorial service via Zoom videoconference from jail between 12:00 p.m. to 2:00 p.m. MST, on Saturday, February 25, 2023 (or another two-hour block that is convenient for the USMS, Jail, and the Defendant's counsel and family). The Court will host the Zoom videoconference. Defendant's counsel, the USMS, and the Ada County Jail will receive a video link to connect to the Zoom videoconference via separate email notification.

IT IS FURTHER ORDERED that Defendant's counsel shall be responsible for sharing the Zoom video link with one person in attendance at the memorial service, for example, Brianna Dawson, to facilitate Defendant's participation by Zoom in the memorial service. The Court will limit the participants in the Zoom videoconference to the USMS, Defendant (via video link at a computer at the Ada County Jail), Defendant's attorney, and one participant from the memorial service.

IT IS FURTHER ORDERED that the USMS or the Ada County Jail may, in their discretion, supervise or record the Zoom videoconference for security purposes. Defendant's attendance at the service may last no more than two hours, after which the Court will terminate the Zoom videoconference.

IT IS SO ORDERED.

DATED: February 23, 2023

Raymond E. Patricco
Chief U.S. Magistrate Judge