CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill       Date: February 27, 2023
Case No. 1:22-cr-127       Deputy Clerk: Jamie Gearhart
Place: Boise       Reporter: Tammy Hohenleitner
      Time: 10:02 – 10:33 a.m.


UNITED STATES OF AMERICA vs WATHANA INSIXIENGMAY

Counsel for United States – David Morse
Counsel for Defendant –  Nicole Owens
Probation – Caitlyn O'Very

(X)   The Court reviewed the case history.
(X)   Counsel made sentencing recommendations to the Court.
(X)   Defendant made remarks on her own behalf.
(X)   The Court granted the Government's motion for 3rd point
      reduction for acceptance of responsibility.
(X)   The Court adopted the Presentence Report.
(X)   Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the
Bureau of Prisons to be imprisoned for a term of 144 months.

The defendant shall pay to the United States a special assessment
of $100, which shall be due immediately.

The defendant shall pay to the United States a fine of $500, which
shall be due immediately.

While in custody, the defendant shall submit nominal payments of
not less than $25 per quarter pursuant to the Bureau of Prisons'
Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit
nominal monthly payments of 10% of gross income, but not less than
$25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on
supervised release for a term of 5 years. Within 72 hours of
release from the custody of the Bureau of Prisons, the defendant
shall report in person to the probation office in the district to
which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 41).

The Court recommends that the defendant be credited with all time served in federal custody, that the defendant participate in the RDAP program, and that the defendant be placed at a facility in Waseca, MN.

(X)  A Final Order of Forfeiture is forthcoming.

(X)  Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)  Right to appeal explained.

(X)  Defendant remanded to the custody of the United States Marshals Service.